In the Matter of the Estate of Stephen Losee, Deceased. Estella Losee Hurd, as Administratrix, etc., of Cornelius Losee, Deceased, Appellant; Lena Nicholls, Administratrix, etc., of Stephen Losee, Deceased, Respondent.— Reargument ordered and case set down for Tuesday, January 22, 1907. Present.— Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

In the Matter of Proving the Last Will and Testament of Cornelia Stewart Merillon, Deceased, as a Will of Real and Personal Property. Frederic R. Coudert, as General Guardian of Charles Merillon and Others, Appellant; James Clinch Smith, as Executor, etc., of Sarah N. Smith, Deceased, Respondent.— Decree of the Surrogate's Court of Nassau county affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

In the Matter of Archibald J. Quail, as Receiver in Sequestration Proceedings of the Conrad Eurich's Brewery. August Immig, Appellant; Archibald J. Quail, as Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

In the Matter of the Application of Herman Zeterberg, Appellant, to Fix and Determine an Alleged Attorney's Lien Filed by Clarence C. Ferris, Respondent, for the Opening and Widening of Third Avenue from Sixtieth Street to the Shore Road, Borough of Brooklyn.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker and Rich, JJ., concurred.

Lancaster Sea Beach Improvement Company, Respondent, v. Andrew Francis Gilsey and Others, Appellants, Impleaded with Seaboard Hotel Company and Albert R. Keen, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ., concurred.

George E. Lovett, Appellant, v. Grace E. Lovett, Respondent.— Without passing upon the question of the power of the court at Special Term to initiate and make inquiry as to collusion, of which the record furnishes no evidence, we think the court was without power to amend the pleading after the issues had been tried. The order is, therefore, reversed and motion denied, and case remitted to the Special Term. Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ., concurred.

George D. Mackay, Respondent, v. Frank Seaman, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Frank P. Martin, Respondent, v. Herman Wermann, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Rich and Miller, JJ.

Virginia F. Middleton, Respondent, v. The Board of Education of the City of New York, Appellant.— Judgment affirmed by default, with costs. Hirschberg, P. J., Jenks, Hooker and Rich, JJ., concurred.

James J. O'Boyle, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order modified by striking out the provision for extra allowance on the ground of want of power in the court below to grant the same, and as so modified unanimously affirmed, without costs of this appeal. No opinion. Present — Woodward, Jenks, Hooker and Rich, JJ.

South Shore Traction Company, Respondent, v. Village of Patchogue and the Suffolk Traction Company, Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, upon the authority of *South Shore Traction Co.* v. *Town of Brookhaven* (*ante*, p. 749), decided herewith. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Wallace Wall Paper Company, Respondent, v. Jacob Paulen, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Miller, JJ., concurred.

In the Matter of the Application of John E. Bastress for Admission to the Bar. — Application granted. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

In the Matter of the Application of Gustav Bissing for Admission to the Bar. — Application granted. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

In the Matter of the Application of the Board of Rapid Transit Railroad Commissioners for the City of New York for the Appointment of Three Commissioners,